UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SUSAN MANCA,

                                       Plaintiff,      **NOTICE OF APPEARANCE**

            -against-                            Docket No. 08 Civ. 3470 (AKH)

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

                                      Defendants.

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, now assigned to represent defendants City of New York and the New York City Department of Environmental Protection ("DEP") in the above-referenced matter. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:       New York, New York
               April 21, 2008

                                            **MICHAEL A. CARDOZO**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for the Defendants
                                            100 Church Street, Room 2-138
                                            New York, New York 10007-2601
                                            (212) 788-0866
                                            cseacord@law.nyc.gov

                                 By: _____
                                      Christopher A. Seacord (CS 0821)
                                      Assistant Corporation Counsel

TO:    Dana Lossia, Esq.
         Levy Ratner, P.C.
         Attorneys for Plaintiff
         80 Eighth Avenue
         New York, New York 10011
         (212) 627-8100

## CERTIFICATE OF SERVICE

I hereby certify that, on April 21, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon counsel for the plaintiff by placing same in a postage-paid envelope addressed to Dana Lossia, Esq., Levy Ratner, P.C., 80 Eighth Avenue, New York, New York 10011, that being the address designated by her for receipt of such material, and causing the envelope to be placed in an official depository under the exclusive care and control of the United States Postal Service.

Dated:    New York, New York
          April 21, 2008

                                              _____
                                              Christopher A. Seacord (CS 0821)
                                              Assistant Corporation Counsel

Docket No. 08 Civ. 3470 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN MANCA,

                              Plaintiff,

-against-

CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION,

                              Defendants.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-138*
*New York, New York 10007*

*Of Counsel: Christopher A. Seacord*
*Tel.: 212-788-0866*
*Matter No.: 2008-014941*

*Due and timely service is hereby admitted.*

New York, N.Y. .................................... 200... .

............................................................. *Esq.*

*Attorney for* ................................................