UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN MANCA<br><br>Plaintiff<br>v.<br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>Defendants | ) CASE NO.: 08 CV 3470<br>) Filing Date:   04-09-2008<br>)<br>)<br>) AFFIDAVIT OF SERVICE<br>)<br>) **ATTY:**<br>) LEVY RATNER, P.C.<br>) 80 EIGHTH AVENUE, 8TH FLR<br>) NEW YORK, NY 10011-5126 |

STATE OF NEW YORK: COUNTY OF KINGS ss:

TYRICE DUNN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on APRIL 11, 2008 at 1:03 PM at NEW YORK CITY LAW DEPARTMENT: 100 CHURCH STREET, 4TH FLOOR, NEW YORK, NY 10007, deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, JUDGE HELLERSTEIN'S RULES, MAGISTRATE JUDGE FOX'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING & USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING on CITY OF NEW YORK therein named.

CORPORATION:  a Domestic corporation by delivering thereat a true copy of each to MADELYN SANTANA, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, CIVIL COVER SHEET, JUDGE HELLERSTEIN'S RULES, MAGISTRATE JUDGE FOX'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING & USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING and knew said individual to be the AUTHORIZED AGENT thereof.

DESCRIPTION: Deponent further states that he/she describes the person actually served as follows: Gender: Female    Race/Skin: Tan    Hair: Black    Glasses: No    Approx. Age: 40    Height: 5'6"    Weight: 135

That at the time of such service deponent knew the party so served as aforesaid to be the same party mentioned and described as the Recipient in this action.

Sworn to me on: APR 11 2008

CHRISTOPHER ROSSI
NOTARY PUBLIC, State of New York
No. 01RO6104647
Qualified in Kings County
Commission Expires April 20, 20__

TYRICE DUNN, Lic. #1204312

ID: 08-001748                                                                                       Client Reference: 80

**PREMIER LEGAL SERVICES, INC. • 26 COURT STREET, SUITE 2402, BROOKLYN, NY 11242 • (718) 797-9774**