UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN MANCA | ) CASE NO.: 08 CV 3470 <br> ) Filing Date:   04-09-2008 <br> ) <br> ) |
| **Plaintiff** <br> v. <br> CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION <br> **Defendants** | ) AFFIDAVIT OF SERVICE <br> ) <br> ) <u>ATTY:</u> <br> ) LEVY RATNER, P.C. <br> ) 80 EIGHTH AVENUE, 8TH FLR <br> ) NEW YORK, NY 10011-5126 |

STATE OF NEW YORK: COUNTY OF KINGS  ss:

CURTIS S. WARREN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on APRIL 18, 2008 at 2:23 PM at 66 JOHN STREET, NEW YORK, NY 10038, deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, JUDGE HELLERSTEIN'S RULES, MAGISTRATE JUDGE FOX'S RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING & USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING on NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION therein named.

BY LEAVING A TRUE COPY WITH FRED SOTO, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

DESCRIPTION: Deponent further states that he/she describes the person actually served as follows: Gender: Male   Race/Skin: Brown    Hair: Black    Glasses: No    Approx. Age: 49    Height: 5'8"    Weight: 160   Distinguishing Features: Mustache

That at the time of such service deponent knew the party so served to be the same party mentioned and described as the Recipient in this action.

Sworn to me on: APR 23 2008

CHRISTOPHER ROSSI
NOTARY PUBLIC, State of New York
No. 01RO6164647
Qualified in Kings County
Commission Expires April 30, 2011

_____
CURTIS S. WARREN, Lic. #0870667

ID: 08-001749                                                                                                     Client Reference: 80

**PREMIER LEGAL SERVICES, INC. • 26 COURT STREET, SUITE 2402, BROOKLYN, NY 11242 • (718) 797-9774**