# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein*
Gwynne A. Wilcox*
Pamela Jeffrey
Owen M. Rumelt*
Kevin Finnegan
Carl J. Levine
David Slutsky^
Allyson L. Belovin
Suzanne Hepner*

Ezekiel D. Carder*
Dana E. Lossia*
Sara D. Newman*
Susan J. Cameron^
Micah Wissinger*

Senior Counsel:
Richard Dorn
Jennifer J. Middleton*
Paul Schachter°
Denise Reinhardt*

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz'

RECEIVED JUL 1 0 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

July 10, 2008

**BY FACSIMILE**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street Room 1050
New York, NY 10007-1312

> The conference is adjourned to July 25, 2008 at 9:30 am.
> So ordered
> 7-15-08
> [signature]

Re:   **Susan Manca v. City of New York, et al.**
      **Civ. Action No. 08 Civ. 3470 (AKH) (KNF)**

Dear Judge Hellerstein:

This firm is counsel to Susan Manca, the plaintiff in the above-referenced matter. I write to request an adjournment of the case management conference currently scheduled for Friday, July 18, 2008 at 9:30 a.m. There has been no previous request for adjournment or extension, and Counsel for defendants consent to the proposed adjournment. Counsel for both parties are able to attend a conference on Friday, July 25, 2008, should that date be convenient for the Court.

Thank you.

Very truly yours,

LEVY RATNER, P.C.

[signature]

Dana E. Lossia

del
cc:   Christopher Seacord (by fax)

46-001-00001 16654.doc

° Admitted in NY, MA and DC   * Admitted in NY, NJ and PA   ^ Admitted in NY and DC   ^ Admitted in NY and NJ   * Admitted in NY and CT
° Admitted in NY and CA   ▽ Admitted in NY, NJ and CA   * Admitted in NY, CA and OR   □ Admitted in NY, NJ and PR   ■ Admitted in NJ only   ' Admitted in NY and MA