## UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUAN MANCA | ) CIVIL ACTION NO.: 08-CV-3470 (AK<br>)<br>)<br>) |
| **Plaintiff**<br>v.<br>CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>**Defendants** | ) **AFFIDAVIT OF SERVICE**<br>)<br>) **ATTY:**<br>) LEVY RATNER, P.C.<br>) 80 EIGHTH AVENUE, 8TH FLR<br>) NEW YORK, NY 10011-5126 |

STATE OF NEW YORK: COUNTY OF KINGS  ss:

TYRICE DUNN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on AUGUST 28, 2008 at 3:25 PM at 100 CHURCH STREET, 4TH FLOOR, NEW YORK, NY 10007, deponent served the within AMENDED COMPLAINT on CITY OF NEW YORK: NEW YORK CITY LAW DEPARTMENT therein named.

CORPORATION: a Domestic corporation by delivering thereat a true copy of each to AMANDA GONZALEZ, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said AMENDED COMPLAINT and knew said individual to be the AUTHORIZED AGENT thereof.

DESCRIPTION: Deponent further states that he/she describes the person actually served as follows: Gender: Female    Race/Skin: Tan    Hair: Black    Glasses: No    Approx. Age: 25    Height: 5'6"    Weight: 135

That at the time of such service deponent knew the party so served as aforesaid to be the same party mentioned and described as the Recipient in this action.

Sworn to me on:

AUG 2 8 2008

MICHAEL SMITH
NOTARY PUBLIC, State of New York
No. 01SM49...
Qualified in New York County
Commission Expires June 08, 2010

TYRICE DUNN, Lic. #1204312

ID: 08-003743    Client Reference: