```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                              :
                                              :
SUSAN MANCA,                                  :
                                              :
                              Plaintiff,      :
                                              :
         -against-                            :
                                              :
CITY OF NEW YORK and NEW YORK CITY            :
DEPARTMENT OF ENVIRONMENTAL                   :
PROTECTION,                                   :
                                              :
                              Defendants.     :
                                              :
------------------------------------------------------------ x
```

**SUMMARY ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

(AKH)

08 CIV. 3470

ALVIN K. HELLERSTEIN, U.S.D.J.:

On November 12, 2009, the Parties appeared before me to argue Defendants' motion for summary judgment. For the reasons stated on the record, Defendants' motion is denied.

The Parties shall appear for a pre-trial conference on January 6, 2010 at 2:30 p.m.

The Clerk shall mark the motion (Doc. No. 15) terminated.

SO ORDERED.

Dated:  November 13, 2009
        New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09